ABINTESTATO DE JUAN RABASSA, EX PARTE; ALFONSO VEGA, ADMINISTRADOR JUDICIAL apelante, y JOSÉ FELICIANO, acreedor-apelado.

No. 5046.—*Sometido:* Febrero 6, 1930. *Resuelto:* Marzo 7, 1930.

*J. Sabater,* abogado del apelante; *O. Souffront,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Cuando esta corte declara sin lugar una petición de *certiorari* diciendo simplemente "No ha lugar," muy generalmente no se hace referencia a los méritos de una posible apelación. La negativa a expedir el auto puede deberse a que no se presentó ninguna cuestión jurisdiccional o de procedimiento, que existe un remedio adecuado, etc., o la petición puede ser denegada discrecionalmente por varias razones.

Tal negativa no sienta base alguna para la argumentación de que una apelación ordinariamente tramitada es frívola.

██ Cuando la corte inferior resuelve que cierta persona es un acreedor preferido y ordena a un administrador que pague tal reclamación preferida, aparece, por lo menos *prima facie,* que existe una resolución final de la cual el administrador tiene derecho a apelar. *Avalo Sánchez* v. *Sucn. Díaz,* 9 D.P.R. 339; *Abarca* v. *Central Vannina,* 23 D.P.R. 566. Por lo menos el apelado no nos ha convencido de lo contrario. *Debe declararse sin lugar la moción de desestimación.*